## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

IN RE SUBPOENA TO UNIVERSITY OF
NORTH CAROLINA AT CHAPEL HILL

)
)
)
)

_____ )

RECORDING INDUSTRY ASSOCIATION OF
AMERICA

v.

UNIVERSITY OF NORTH CAROLINA AT
CHAPEL HILL

)
)
)
)
)
)
)
)
)

_____ )

IN RE SUBPOENA TO NORTH CAROLINA
STATE UNIVERSITY

)
)
)
)

_____ )

RECORDING INDUSTRY ASSOCIATION OF
AMERICA

v.

NORTH CAROLINA STATE UNIVERSITY

)
)
)
)
)
)
)
)
)

_____ )

Case No. 1:03MC138



Case No. 1:03MC139

## O R D E R

The Intervenor United States and the Recording Industry Association of America ("RIAA") have filed objections to the Magistrate Judge's Order of April 14, 2005 granting John Doe's motion to quash (docket no. 6), and UNC's motion to quash (docket no. 29) in Case No. 1:03MC138, and granting Jane Doe's motion to quash and for a protective order (docket no. 2) and amended motion to quash (docket no. 18) in Case No. 1:03MC139. The Universities,

John Doe, and Jane Doe have filed a response requesting that the Order be affirmed.

The Court has conducted a <u>de novo</u> review of the Order pursuant to Fed. R. Civ. P. 72(b) and 28 U.S.C. § 636(b)(1) and finds that the objections do not change the substance of the United States Magistrate Judge's rulings which are affirmed and adopted. Therefore,

**IT IS ORDERED** that the Intervenor United States and Recording Industry Association of America's objections (docket no. 49 & 50 in Case No. 1:03MC138; and docket nos. 28 & 29 in Case No. 1:03MC139) to the Magistrate Judge's Order of April 14, 2005 are overruled and the Order (docket no. 48 in Case No. 1:03MC138; and docket no. 27 in Case No. 1:03MC139) is affirmed and adopted.

_____
United States District Judge

September
~~June~~ 27, 2005

-2-

Case 1:03-mc-00139-WLO    Document 33    Filed 09/27/05    Page 2 of 2